
ORIGINAL

FILED

05/20/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 23-0274

## IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 23-0274
PR 23-0275

FILED

MAY 1 4 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN THE MATTER OF
SUZANNE C. MARSHALL,

An Attorney at Law,

Respondent

ORDER OF
DISCIPLINE

On May 16, 2023, two formal disciplinary complaints were filed against Montana attorney Suzanne C. Marshall. The disciplinary complaints may be reviewed by any interested person in the office of the Clerk of this Court.

Marshall subsequently tendered to the Commission on Practice a conditional admission and affidavit of consent covering both matters, pursuant to Rule 26 of the Montana Rules for Lawyer Disciplinary Enforcement (MRLDE). The Commission held a hearing on the conditional admission and affidavit of consent on April 9, 2024, at which hearing Marshall was present. On May 7, 2024, the Commission submitted to this Court its Findings of Fact, Conclusions of Law and Recommendation in which it recommended that this Court approve Marshall's conditional admission and enter an order imposing the agreed-upon discipline.

We accept the Recommendation of the Commission. In her conditional admission, Marshall has admitted to violations of M. R. Pro. Cond. 1.4 in relation to her representation of Adam Poulos in a paternity and parenting plan matter. She further admitted to violations of M. R. Pro. Cond. 1.15 and 1.18 regarding the maintenance of her IOLTA. Finally, Marshall acknowledged that ODC has received an additional grievance regarding Marshall's representation of Jennifer Pierce and, if ODC filed formal charges, there would be grounds to conclude that Marshall violated M. R. Pro. Cond. 1.3, 1.4, and 3.2 in her representation of Pierce.

Marshall tendered her admission in exchange for the following forms of discipline:

1. Count One of the Complaint in PR 23-0274 shall be dismissed.

2. Marshall shall be suspended from the practice of law for a period of 90 days.

3. This Court shall impose a two-year term of probation, commencing from the date of this Order of Discipline, with the following terms and conditions:

(a) Marshall will work with an ODC-approved mentor and meet with the mentor quarterly to discuss Marshall's adherence to the Montana Rules of Professional Conduct and submit quarterly reports to ODC regarding the same; and

(b) Marshall will not engage in the solo practice of law without the permission of ODC and her mentor.

4. Within three months of the date of this Order of Discipline, Marshall shall close all IOLTA trust accounts in which she is the sole signatory, relinquish or otherwise terminate permissions to other named signatories, remove her name from any other IOLTA trust account in which she has signatory authority or electronic access, and provide verification to ODC of the same

5. Marshall shall refrain from becoming a signatory on any IOLTA trust accounts or opening any IOLTA trust accounts during her probationary period.

6. Marshall shall pay the costs of these proceedings.

7. Marshall shall comply with all notice requirements of MRLDE 29 and 30.

8. Marshall shall obey all laws and comply with the Montana Rules of Professional Conduct, with any violations constituting a violation of a court order that may result in further discipline.

Based upon the foregoing,

IT IS HEREBY ORDERED:

1. The Commission's Recommendation that we accept Marshall's MRLDE 26 tendered admission is ACCEPTED AND ADOPTED.

2. Marshall is SUSPENDED from the practice of law for a period of 90 days, commencing 30 days from the date of this Order of Discipline.

3. Marshall is hereby on PROBATION as provided for in MRLDE 9A(6) for a period of two years, effective from the date of this Order of Discipline, subject to the terms and conditions set forth herein.

4. Marshall shall participate in mentorship consistent with the terms agreed upon.

5. Marshall shall close her individual IOLTA trust account and remove herself as signatory or terminate permissions to any other IOLTA trust accounts no later than three months from the date of this Order, and provide verification to ODC of the same.

6. Marshall shall not become a signatory on any IOLTA trust accounts or open an IOLTA trust account during her probationary period.

7. Marshall shall pay the costs of these proceedings subject to the provisions of MRLDE 9C(4), allowing objections to be filed to the statement of costs.

8. Marshall shall comply with all notice requirements pursuant to MRLDE 29 and 30.

9. Marshall shall obey all laws and comply with the Montana Rules of Professional Conduct, with any violations constituting a violation of a court order that may result in further discipline.

Pursuant to MRLDE 26D, the Clerk of this Court is directed to file copies of Marshall's Conditional Admission and Affidavit of Consent, together with the Commission's Findings of Fact, Conclusions of Law and Recommendation.

The Clerk of this Court is directed to serve a copy of this Order of Discipline upon Suzanne C. Marshall and to provide copies to Disciplinary Counsel; the Office Administrator for the Commission on Practice; the Clerks of all the District Courts of the State of Montana; each District Judge in the State of Montana; the Clerk of the Federal District Court for the District of Montana; the Clerk of the Circuit Court of Appeals of the Ninth Circuit; and the Executive Director of the State Bar of Montana.

DATED this ____ day of May, 2024.

_____
Chief Justice

3

_____

_____

_____

_____

_____
Justices